IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUHRING RESOURCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| PENNSYLVANIA OIL AND GAS ASSOCIATION, | )<br>)<br>) |
| Plaintiff-Intervenor, | ) Case No. 1:07-cv-00314-GLL |
| v. | ) Electronically Filed |
| U.S. FOREST SERVICE, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| ALLEGHENY DEFENSE PROJECT, | ) |
| Defendant-Intervenor. | ) |

AND NOW, THIS 20th DAY OF March 09 IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## PLAINTIFF DUHRING'S MOTION FOR PARTIAL RECONSIDERATION AND CLARIFICATION

Plaintiff Duhring Resource Company respectfully moves the Court to reconsider its dismissal of the Quiet Title Act claims and its denial of plaintiffs' motion for partial summary judgment as moot. In its Memorandum and Order ("M&O") the Court indicates that "[t]he papers do not reveal any disputed facts regarding Duhring's ownership of an easement" and that, instead, "the factual disputes arise when the parties discuss who can impose what rules regarding OGM operations." (M&O, p. 19) While the Forest Service ("USFS") pays lip service to recognizing Duhring's OGM estate in the Allegheny National Forest ("ANF"), the actions of the