IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUHRING RESOURCE COMPANY, | |
| Plaintiff, | |
| and | |
| PENNSYLVANIA OIL AND GAS ASSOCIATION, | |
| Plaintiff-Intervenor, | Case No. 1:07-cv-00314-GLL |
| v. | Electronically Filed |
| U.S. FOREST SERVICE, *et al.*, | |
| Defendants, | |
| and | |
| ALLEGHENY DEFENSE PROJECT, | |
| Defendant-Intervenor. | |

AND NOW, THIS 20th DAY OF March, 09 IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## PLAINTIFF-INTERVENOR'S MOTION FOR PARTIAL RECONSIDERATION AND CLARIFICATION

Plaintiff-Intervenor Pennsylvania Oil and Gas Association ("POGAM") respectfully moves the Court to reconsider one limited but important aspect of its March 5, 2009 Memorandum and Order ("M&O") granting in part and denying in part Defendants' motions to dismiss and denying as moot the joint motion for partial summary judgment filed by the Plaintiffs Duhring Resources Company ("Duhring") and POGAM. Specifically, POGAM asks that the Court reconsider whether, for reasons largely stated in the M&O, Defendants' motions to dismiss should be denied and the joint motion for partial summary judgment granted as to the